UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 13-cv-12152-JGD

RICHARD H. DORT,
    Plaintiff,

v.

PETER G. SILVA, CHIEF OF POLICE
ESSEX POLICE DEPARTMENT,
    Defendant.

## CERTIFICATION PURSUANT TO L.R. 16 1(D)(3)

I, Bradford N. Louison, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

| _____  9/13/13 | _____  9/13/13 |
|---|---|
| Peter G. Silva, Chief of Police | Bradford N. Louison |