UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 13-cv-12152-JGD

RICHARD H. DORT,
    Plaintiff,

v.

PETER G. SILVA, CHIEF OF POLICE
ESSEX POLICE DEPARTMENT,
    Defendant.

## DEFENDANTS' RULE 26(a)(1) AND LOCAL RULE 26.1 DISCLOSURES

In accordance with the provisions of Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1 the Defendants hereby make the following their initial disclosure.

### A.    Persons Likely to Have Discoverable Information

Richard H. Dort, plaintiff;

Peter G. Silva, Chief of Police, Essex Police Department, 24 Martin Street, Essex, MA

Sgt. Paul Francis, Essex Police Department, 24 Martin Street, Essex, MA

Detective Ryan Davis, Essex Police Department, 24 Martin Street, Essex, MA

Officer Michael French, Essex Police Department, 24 Martin Street, Essex, MA

Danielle Dort, plaintiff's spouse

David Thompson, Essex Fire Dept.

Gordon Thompson, Essex Fire Dept.

Officer Gregory Brown, Essex Police Department, 24 Martin Street, Essex, MA

Dan Doucette, Fire Chief, Essex Fire Department

Keeper of the Records, Bayridge Hospital, 60 Granite Street, Lynn, MA

Officer Justin Zwicker, Essex Police Department, 24 Martin Street, Essex, MA

Reserve Officer Marc Gagnon, Essex Police Department, 24 Martin Street, Essex, MA

Paramedic Josh Butler, Essex Fire Department

Detective Ryan W. Davis, Essex Police Department, 24 Martin Street, Essex, MA

Officer Mark Brewer, Essex Police Dept.

The above named individuals have information with regard to the plaintiff's application for a license to carry firearms and the denial thereof. They also have information with regard to the procedures for the application for firearm licenses.

**B.     Opposing Parties from Whom the Defendants Have Taken Statements**

None.

**C.     Government Agencies or Officials Which Have Investigated the Transaction or Occurrence Giving Rise to the Claims and Defenses**

Essex Police Department.

**D.     All Documents Which May Be Used to Support the Defendants' Claims and Defenses**

Application for new/renewal of a firearms identification card or a license to carry firearms or a license to possess a machine gun dated April, 2013 signed by the plaintiff;

Letter from Peter G. Silva to the plaintiff dated April 26, 2013;

Affidavit of Dr. William J. Medwid dated July 22, 2013;

Report to Chief Silva from Sgt. Paul Francis subject: Richard Dort/Firearms License Extension;

Property Report, Essex Police Department, May 20, 2013;

Memorandum dated May 13, 2013 from Detective Ryan W. Davis to Sgt. Paul Francis, Essex Police Department;

E-mail from Ryan Davis to Chief of Police Peter G. Silva dated May 20, 2013;

Application for new/renewal of a firearms identification card or a license to carry firearms or a license to possess a machine gun dated 6/14/2007, (2) signed by the plaintiff;

Class A Large Capacity License to Carry Firearms, #12141539A;

Commonwealth of Massachusetts, Resident/Non Resident Advisory.

**E.  Insurance Agreement**

The defendants are insured with the Massachusetts Interlocal Insurance Association for some of the claims made here, in the amount of $1,000,000.00 per occurrence, $3,000,000.00 annual aggregate. The insurer has issued a Reservation of Rights. Nothing stated here indicates that there is coverage for particular claims or that there is coverage for any of the allegations contained in the plaintiff's Petition.

        Defendant,
        By his attorney,

        */s/ Bradford N. Louison*

        Bradford N. Louison (BBO#305755)
        blouison@lccplaw.com
        Louison, Costello, Condon & Pfaff, LLP
        101 Summer Street, #4
        Boston, MA 02110
        (617) 439-0305

**CERTIFICATE OF SERVICE**

      I, Bradford N. Louison, hereby certify that on the 16th of September, 2013, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), Richard C. Chambers, Jr. Chambers Law Offices, 220 Broadway, Suite 404, Lynnfield, Mass. 01940.

 

_____

Bradford N. Louison